IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3098 |
| | ) | |
| V. | ) | |
| | ) | |
| ARMANDO NAVARETTE-ALVAREZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Upon joint motion,

IT IS ORDERED that:

(1) The defendant shall be released to the detainer of Douglas County, Nebraska.

(2) The Sheriff of Douglas County, Nebraska is ordered to immediately take custody of the defendant at the jail in Saline County, Nebraska.

(3) Upon Douglas County taking custody of the defendant, the United States Marshals Service shall lodge a detainer.

(4) This matter is set for adjudication, that is trial, on Friday, July 9, 2010, at 12:00 noon, before the undersigned. The Special Assistant United States Attorney handling this case shall advise me if the petition for offender under supervision becomes ripe for resolution prior to that date.

DATED this 11th day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge